| | FOR COURT USE ONLY |
|---|---|
| | **FILED & ENTERED**<br><br>**MAR 08 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re:<br><br>**RANDY RAMIREZ**<br><br><br><br>Debtor(s). | CASE NO. 8:18-bk-10590-CB<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER TO SHOW CAUSE** |
| | DATE: March 20, 2018<br>TIME: 10:00 a.m.<br>COURTROOM: 5D<br>PLACE: 411 W Fourth St<br>           Santa Ana CA 92701 |

In the above entitled bankruptcy case,

☐ _____ ("Attorney") failed to file a status report.

☐ _____ ("Attorney") failed to appear at_____.

☐ Debtor has failed to file schedules or other petition-related documents.

☐ Debtor failed to disclose prior bankruptcies on page 3 of the petition

☐ Debtor is an entity that must be represented by an attorney. [LBR 9011-2(a)]

☒ Other: Debtor to appear and explain the purpose and feasibility of the current filing.

It is ORDERED that **DEBTOR RANDY RAMIREZ AND ATTORNEY RONALD NORMAN** shall personally appear at the DATE, TIME and PLACE referenced above.

☒ It is further ORDERED that on or before March 16, 2018, Debtor shall file a declaration under penalty of perjury explaining the purpose and feasibility of the bankruptcy filing given the prior bankruptcy and the failure to file case commencement documents.

☒ At the hearing, the Court will determine whether the above entitled bankruptcy case should be dismissed as filed improperly.

☒ At the hearing, the Court will determine whether sanctions will be imposed.

###

Date: March 8, 2018

Catherine Bauer
United States Bankruptcy Judge

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*Sept 2013*

- 2 -