United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 18-10590-CB
Randy Ramirez                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8         User: admin            Page 1 of 1           Date Rcvd: Mar 08, 2018
                             Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db             +Randy Ramirez,    120 S. Milton Street,    Anaheim, CA 92806-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
      Amrane (SA) Cohen (TR)    efile@ch13ac.com
      Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
      Ronald A Norman    on behalf of Debtor Randy  Ramirez ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
      United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                        TOTAL: 4

|  | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAR 08 2018<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**SANTA ANA DIVISION** ||
| In re:<br><br>**RANDY RAMIREZ**<br><br><br><br>Debtor(s). | CASE NO. 8:18-bk-10590-CB<br><br>CHAPTER: 13<br><br>**ORDER TO SHOW CAUSE**<br><br>DATE: March 20, 2018<br>TIME: 10:00 a.m.<br>COURTROOM: 5D<br>PLACE: 411 W Fourth St<br>           Santa Ana CA 92701 |

In the above entitled bankruptcy case,

☐ _____ ("Attorney") failed to file a status report.

☐ _____ ("Attorney") failed to appear at_____.

☐ Debtor has failed to file schedules or other petition-related documents.

☐ Debtor failed to disclose prior bankruptcies on page 3 of the petition

☐ Debtor is an entity that must be represented by an attorney. [LBR 9011-2(a)]

☒ Other: Debtor to appear and explain the purpose and feasibility of the current filing.

It is ORDERED that **DEBTOR RANDY RAMIREZ AND ATTORNEY RONALD NORMAN** shall personally appear at the DATE, TIME and PLACE referenced above.

☒ It is further ORDERED that on or before March 16, 2018, Debtor shall file a declaration under penalty of perjury explaining the purpose and feasibility of the bankruptcy filing given the prior bankruptcy and the failure to file case commencement documents.

☒ At the hearing, the Court will determine whether the above entitled bankruptcy case should be dismissed as filed improperly.

☒ At the hearing, the Court will determine whether sanctions will be imposed.

###

Date: March 8, 2018

Catherine Bauer
United States Bankruptcy Judge

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*Sept 2013*

- 2 -